DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREA MENDELSON,**
Appellant,

v.

**JEFFREY SEGAL,**
Appellee.

Nos. 4D18-1069 & 4D18-1070

[February 13, 2020]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Judge; L.T. Case Nos. 502016DR009319XXXXSB and 502007DR007428XXXXSB.

Lane Weinbaum of Weinbaum, P.A., Coral Springs, for appellant.

John E. Schwencke of Lavalle, Brown & Ronan, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***